IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40496
Summary Calendar
_____


ERNESTO HINOJOSA,

                                    Petitioner-Appellant,

versus

WAYNE SCOTT, DIRECTOR, TEXAS DEPARTMENT
OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION,

                                    Respondent-Appellee.



- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. C-94-CV-337
- - - - - - - - - -
January 23, 1996
Before HIGGINBOTHAM, DUHE' and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

     This is an appeal from the dismissal of Ernesto Hinojosa's petition for the writ of habeas corpus. See U.S.C. § 2254. He argues that he received ineffective assistance by counsel's misinterpretation of the trial court's warning and discontinuance of cross-examination concerning the victim's violent reputation and character. Hinojosa's other ineffective-assistance claims which were raised in his petition are not raised in Hinojosa's appellate brief, and they are deemed abandoned on appeal. See Yohey v. Collins, 985 F.2d 222, 224-25 (5th Cir. 1993).

_____

     [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

We have reviewed the arguments and the record.  For essentially the same reasons as explained in the magistrate judge's report, which was adopted by the district court, we conclude Hinojosa failed to show the requisite deficient performance and prejudice.  See Strickland v. Washington, 466 U.S. 668, 687 (1984).

AFFIRMED.